Case 1:14-cv-00476-MEH   Document 13   Filed 06/11/14   USDC Colorado   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00476-AP

GILBERT W. LOPEZ

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (fax)
seckarlaw@mindspring.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:**  February 25, 2014

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**  March 26, 2014

    **C.**     **Date Answer and Administrative Record Were Filed:**  May 22, 2014

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    **A.**     **Plaintiff's Opening Brief Due:**  July 21, 2014

    **B.**     **Defendant's Response Brief Due:**  August 20, 2014

    **C.**     **Plaintiff's Reply Brief (If Any) Due:**  September 4, 2014

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

      **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.**    **( X )**    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      **B.**    **(   )**    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 11th day of June, 2014.

                                    BY THE COURT:

                                    ***s/John L. Kane***
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael W. Seckar<br>Michael W. Seckar, Esq.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>(719) 543-8403 (fax)<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Jessica Milano<br>Jessica Milano<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout St., Suite 4169<br>Denver, CO 80294-4003<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov<br><br>Attorneys for Defendant |